■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFIE RICHARDSON, Appellant. [50 NYS3d 872]—

Order, Supreme Court, New York County (Patricia M. Nuñez, J.), entered December 20, 2012, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Of-

fender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Based on reliable information (*see People v Mingo*, 12 NY3d 563 [2009]), the court correctly assessed 20 points under the risk factor for continuing course of sexual misconduct, and also correctly determined that a presumptive override applied because of the facts underlying defendant's out-of-state conviction. In any event, regardless of whether defendant's correct point score is 180, as the court found, or 160, as he contends, and regardless of any override, defendant remains a level three offender, and there is no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant, including relatively recent compliance with supervision and treatment, were outweighed by the seriousness of defendant's overall history, which demonstrates that he presents a grave danger to young children. Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Webber, JJ.